JULIUS LEWIN et al., Respondents, *v.* BERNARD TOBIN, Appellant.

APPEAL by the defendant from a judgment rendered in favor of the plaintiffs in the Municipal Court, first district, borough of Manhattan.

Abraham B. Schleimer, for appellant.

Robert L. Turk, for respondents.

*Per Curiam.* The record failing to show that the residence of the defendant is within the jurisdiction of the court below, the judgment must be reversed. Tyroler v. Gummersbach, 28 Misc. Rep. 151.

Present: FREEDMAN, P. J.; MACLEAN and LEVENTRITT, JJ.

Judgment reversed and new trial ordered, with costs to appellant to abide event.